IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL F. CORTELLESSA and | : | CIVIL ACTION |
| ERIN E. CORTELLESSA | : | NO. 14-7250 |
| | : | |
| v. | : | |
| | : | |
| UDREN LAW OFFICES P.C. and | : | |
| NATIONSTAR MORTGAGE LLC | : | |

## ORDER

AND NOW, this 1st day of September, 2016, upon consideration of Nationstar's motion to dismiss plaintiffs' amended complaint (Dkt. No. 27), plaintiffs' response (Dkt. No. 31), plaintiffs' supplemental brief (Dkt. No. 35) and Nationstar's reply (Dkt. No. 36), and consistent with the accompanying Memorandum of Law, it is ORDERED that:

1) Nationstar's motion is DENIED.

2) Nationstar shall file its answer to plaintiffs' amended complaint on or before September 21, 2016.

3) Plaintiffs and both defendants shall agree upon a discovery schedule and submit same to the Court for approval on or before September 30, 2016.

                  *s/Thomas N. O'Neill, Jr.*
                  THOMAS N. O'NEILL, JR., J.