IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIN CORTELLESSA, et al. | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-7250 |
| | : | |
| UDREN LAW OFFICES P.C., et al. | : | |

## **ORDER**

AND NOW, this 3rd day of February, 2017, upon consideration of the motion for summary judgment by defendant Udren Law Offices P.C., Dkt. No. 46, the response from plaintiffs Erin E. and Michael F. Cortellessa, Dkt. No. 51, and defendant's reply, Dkt. No. 54, it is ORDERED that defendant's motion is GRANTED.  JUDGMENT is ENTERED in favor of defendant Udren Law Offices P.C. and against plaintiffs Erin E. and Michael F. Cortellessa on Count I.

Dispositive motions with respect to plaintiffs' claims against defendant Nationstar Mortgage, LLC shall be filed on or before July 31, 2017, in accordance with the parties Amended Rule 26(f) Report and Proposed Scheduling Order.  Dkt. No. 43.

           *s/Thomas N. O'Neill, Jr.*
           THOMAS N. O'NEILL, JR., J.